FILED

AUG - 8 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

## COMPLAINT

MICHAEL JEROME STEWART, ESQ.
PRO SE
6806 LUPINE LANE
MCLEAN, VIRGINIA 22101
703/847-6390
DC BAR #217679

CASE NUMBER  1:05CV01589

JUDGE: Rosemary M. Collyer

DECK TYPE: TRO/Preliminary Injunction

DATE STAMP: 08/8/2005

V

THE HONORABLE RANDY BELLOWS
CIRCUIT JUDGE
JUDGES CHAMBERS
CIRCUIT COURT OF FAIRFAX COUNTY
4110 CHAIN BRIDGE ROAD
FAIRFAX, VIRGINIA 212030
703/246-4358

*Complaint*

COMES NOW, MICHAEL JEROME STEWART, ESQ., PRO SE, SEEKING RELIEF FROM THE CONTEMPT DECREE AND ORDER, CAPIAS AND ANY AND ALL OTHER OTHER JUDICIAL ACTIONS BY ANY OTHER JUDGE IN THE 15-PERSON ROTATION OF MOTIONS DAY. IN THE CASE *Stewart v Stewart*, Chancery Nos. 176532 and 117014, Circuit Court of Fairfax County, Fairfax, VA.

1. On December 3, 2004, Defendant held a hearing in Chambers while plaintiff waited the case in the assigned courtroom, in violation of Plaintiffs Constitutional rights and statutory law, 42 USC section 1983.

2. On June 22, 2004, Plaintiff was again in the assigned courtroom, but two cortrooms were reseved fot the one case. After Judge Alden defaulted Plaintiff in her courtroom, Judge McKay sent the docket back to be vacated. However, Judge Bellows was summoned and in the Show Cause Proceeding listened and approved evidence given in the vacated trial, not allowing Plantiff any meaningful defense.

3. Plaintiff is scheduled at 6:30 PM to take his daughter, devastated by this divorce to London for a week's holiday.

4. Plaintiff is searching for an attorney to defend him and asks this court to stay the process in this action.

5. Plaintiff seeks a Jury Award and will consult counsel as to damages.

Plaintiff asks that the court grant all appropriate relief.

MICHAEL JEROME STEWART, ESQ.
PRO SE
6806 LUPINE LANE
MCLEAN, VIRGINIA 22101

703/847-6390
DC Bar #217679