UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL JEROME STEWART, ESQ., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE HONORABLE RANDY )<br>BELLOWS, )<br>)<br>Defendant. )<br>) | Civil Action No. 05-1589 (RMC) |

## ORDER

Pending before the Court is Plaintiff's Motion for an Emergency Temporary Restraining Order ("TRO"). Plaintiff states he is a lawyer proceeding *pro se*. He contends that his civil rights have been violated "at the Defendant's hand, who currently has a contempt of court citation to execute on Plaintiff." Pl.'s TRO at 1. Defendant is a circuit judge in the Fairfax County Circuit Court in Fairfax, Virginia.

Plaintiff has failed to state a claim upon which relief can be granted. *See* 28 U.S.C. § 1915A(b). Judges have absolute immunity for any actions taken in a judicial or quasi-judicial capacity. *Stump v. Sparkman*, 435 U.S. 349, 356 (1978). Accordingly, it is hereby

**ORDERED** that Plaintiff's Motion for a TRO is **DENIED** and his complaint is **DISMISSED WITH PREJUDICE**. This is a final appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

_____/s/_____
ROSEMARY M. COLLYER
United States District Judge

Date:10 August 2005