United States Court of Appeals
for the District of Columbia Circuit

Notice of Appeal From An Order of the United States District Court
for the District of Columbia Circuit

File Number 1:05-cv-1589 *RMC*

Michael J. Stewart, Esq.,
Plaintiff
6806 Lupine Lane
McLean, VA 22101

v.

                              Notice of Appeal

Randy Bellows
Judge, Circuit Court of
Fairfax County
Government Center
Judge's Chambers
Fairfax County Court House
Fairfax Virginia 22101,
     Defendant

Notice is hereby given that Michael J. Stewart, Esq., plaintiff in the above named case, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from an order denying the motion for a TRO and dismissing the Complaint, with prejudice, entered in this action on the 10th day of August, 22101.

_____
Michael J. Stewart, Esq.
  Pro se
6806 Lupine Lane
McLean, VA 22101
September 9, 2005
4:23 pm