# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 05-7127**　　　　　　　　　　　　　　　　　　　　September Term, 2006

05cv01589



RECEIVED
JAN 16 2007
NANCY MAYER WHITTINGTON, CLERK

Michael Jerome Stewart,
　　　Appellant

v.

Randy Bellows, The Honorable, Circuit Judge,
　　　Appellee

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
FILED
NOV 3 2006
CLERK

### ON APPEAL FROM THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

**BEFORE:** Ginsburg, Chief Judge, and Rogers and Kavanaugh, Circuit Judges

## JUDGMENT

　　This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. See Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j). It is

　　**ORDERED AND ADJUDGED** that the district court's order filed August 10, 2005, be affirmed. The district court correctly determined that appellant's claims against a judge of the Fairfax County Circuit Court are barred by judicial immunity. See Stump v. Sparkman, 435 U.S. 349 (1978).

　　Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**

A True Copy:
United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk